IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

CHESTER LIGGINS                                                                                PLAINTIFF

v.                                                                                **No. 2:08cv227KS-MTP**

RONALD KING, et al.                                                            DEFENDANTS

## ORDER DENYING MOTIONS

This matter is before the court on the plaintiff's motion [14] for writ of mandamus which, liberally construed, is a motion demanding discovery of information from a third party, and on the plaintiff's motion [15] for additional time to file a response to defendants' answer. The court having considered the motions finds that they should be DENIED.

The motion [14] for discovery is premature. The case is presently in the screening process and all defendants are not before the court. The court has not authorized any discovery at this point.

The court has not ordered or authorized plaintiff to reply to the answer; thus, plaintiff's motion [15] for more time to file an unnecessary and unauthorized pleading is denied. *See* Fed. R. Civ. P. 7(a)(7) (reply to answer allowed only if ordered by court).

MOTIONS [14] [15] DENIED.

SO ORDERED this 22ND day of December, 2008.

                                                      s/ Michael T. Parker
                                                      United States Magistrate Judge